**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01204-CV

### IN RE DERRICK SHAWN CULBERSON, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-30801-T**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
        JUSTICE